JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA A. GRISWOLD, | Case No. CV 14-4126-PSG (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: __September 29, 2015__

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE